No. 93–9131. D'ANJOU v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–9159. BRYANT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9161. CARLTON v. DUTTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–9162. WATTS v. FEDERAL BUREAU OF PRISONS (two cases). C. A. D. C. Cir. Certiorari denied.

No. 93–9163. QUINN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9167. WHITE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–9188. KLEIN v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–9189. GUERRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9191. POINTER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9192. AILPORT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9194. ARIONUS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9198. DANIEL v. FLORIDA. Cir. Ct. Fla., Hillsborough County. Certiorari denied.

No. 93–9219. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9226. TATE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9227. ALLEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9229. SLOLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.